## MEMORANDUM DECISIONS.

---

BRUNSWICK-BALKE-COLLENDER CO. v. BEYER. (Circuit Court of Appeals, Second Circuit. May 24, 1906.) No. 277. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 145 Fed. 353. S. L. Moody, for appellant. J. Q. Rice, for appellee. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.